IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESTER BARGER<br>                Plaintiff, | : <br> : <br> : |
| v. | : <br> : |
| COLUMBIA SUSSEX CORPORATION,<br>and COLUMBIA SUSSEX<br>MANAGEMENT, LLC,<br>                Defendants. | : <br> : <br> :   NO.<br> : |

**NOTICE OF REMOVAL OF THE DEFENDANTS COLUMBIA SUSSEX
CORPORATION AND COLUMBIA SUSSEX MANAGEMENT, LLC**

The defendants Columbia Sussex Corporation ("Columbia Sussex") and Columbia Sussex Management, LLC ("CSM")(collectively, with Columbia Sussex, the "Columbia Sussex Defendants") by and through their counsel, George M. Vinci, Jr, Esquire, John T. Asher, III, Esquire, and the law firm of Spector Gadon & Rosen, P.C. remove this action from the Court of Common Pleas of Philadelphia County, docketed at March Term, 2011, No. 03242 to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1441, and in support thereof avers as follows:

    1.    The plaintiff, Lester Barger (the "Plaintiff") commenced this action by complaint on March 29, 2011 in the Philadelphia County Court of Common Pleas, and same was docketed at March Term 2011, No. 03242 (the "State Court Action"). A true and correct copy of the complaint is attached hereto as Exhibit "A."

    2.    The Plaintiff claims that he sustained injuries in an incident which allegedly occurred on April 4, 2009 (the "Incident") in the Sheraton Philadelphia City Center Hotel (the "Hotel") located at 201 North 17th Street in Philadelphia, Pennsylvania. Exhibit "A," at ¶¶ 11 - 20.

3. According to the Plaintiff's complaint, the Plaintiff claims that he sustained severe upper and lower extremity nerve damage; loss of sleep; loss of appetite; loss of enjoyment of life; migraine headaches; severe pain and anxiety. Id. at ¶ 5.

4. In his complaint, the Plaintiff alleges that his claims are in excess of $50,000.00. See Exhibit "A," ad damnum clause therein.

5. The Plaintiff brought commenced the State Court Action against Columbia Sussex and CS Management for, inter alia, negligence and res ipsa loquitur. Id. at pp. 3 - 4.

6. The Columbia Sussex Defendants first learned that the Plaintiff believes that his claims are worth in excess of $75,000.00 when its counsel spoke with counsel for the plaintiff in a telephone conversation on May 4th, 2011 and was advised that the plaintiff's counsel believes that the value of the plaintiff's case is in excess of $100,000.00, which was confirmed a letter dated May 10, 2011, a true and correct copy of which is attached hereto as Exhibit "B."

7. This Notice of Removal is timely under 28 U.S.C. § 1446(b), since it is being filed within thirty (30) days after the Columbia Sussex Entities learned, through their counsel's conversation with counsel for the plaintiff, that that the Plaintiff believes the value of the case is in excess of $75,000.00 and is therefore removable.

8. No further proceedings have taken place in the State Court Action.

9. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 and it is one which may be removed to this Court pursuant to the provisions of 28 U.S.C §1441.

10. The Plaintiff, as alleged in his complaint, is resides Decatur, Illinois. See plaintiffs' complaint, Exhibit "A" at ¶ 1.

11. The Defendant, Columbia Sussex is a Kentucky Corporation with a principal place of business located at 740 Centre View Boulevard., Crestview Hills, KY 41017.

12. The Defendant, CS Management is a Kentucky limited liability company with a primary place of business located at 740 Centre View Boulevard, Crestview Hills, KY 41017. CS Management is owned by Columbia Sussex and Columbia Management, Inc. Columbia Management, Inc. is a Kentucky Corporation with a primary place of business located at 740 Centre View Boulevard, Crestview Hills, KY 41017.

13. Since the Plaintiff is a citizen of Illinois and the defendants, Columbia Sussex and CS Management, are citizens of Kentucky, this suit involves controversies between citizens of different states and therefore is removable pursuant to 28 U.S.C §1441.

14. The amount in controversy, according to the Plaintiff, exceeds seventy five thousand dollars ($75,000.00) exclusive of interest and costs. See Exhibit "B."

15. The Columbia Sussex Defendants have, simultaneously with the filing of this notice, given written notice to counsel for the plaintiff of the removal of this action.

16. The Columbia Sussex Defendants have filed a copy of this Notice of Removal, with all attachments thereto, in the Philadelphia County Court of Common Pleas.

WHEREFORE, the defendants, Columbia Sussex and CS Management respectfully request that the above titled action now pending in the Philadelphia Court of Common Pleas be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

*[signature]*

George M. Vinci, Jr.
John T. Asher, III
**SPECTOR GADON & ROSEN, P.C.**
Seven Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8888
(215) 241-8844 (facsimile)

Attorneys for the defendants Columbia Sussex Corporation, and Columbia Sussex Management, LLC

## CERTIFICATE OF SERVICE

I, John T. Asher, III, hereby certify that true and correct copy of the foregoing Notice of Removal was served upon the following individuals via U.S. mail, postage prepaid on the date set forth below:

Jeffrey S. Nowak, Esquire
Law Offices of Jeffrey S. Nowak
95 Almshouse Road
Suite 305
Richboro, PA  18954

_____
JOHN T. ASHER, III

Dated: 5/16/11

# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
MARCH 2011    003242
E-Filing Number: 1103052086

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| LESTER W.. BARGES | COLUMBIA SUSSEX CORPORATION |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 450 E. PERSHING ROAD SUITE 206 DECATUR IL 62526 | CT CORPORATION SYSTEM 1635 MARKET ST. PHILA. PA 19103 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | COLUMBIA SUSSEX MANAGEMENT, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | CT CORPORATION SYSTEM 1635 MARKET STREET PHILA. PA 19103 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal  [ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| [ ] $50,000.00 or less   [X] More than $50,000.00 | [ ] Arbitration  [X] Jury  [ ] Non-Jury  [ ] Other:   [ ] Mass Tort  [ ] Savings Action  [ ] Petition  [ ] Commerce  [ ] Minor Court Appeal  [ ] Statutory Appeals   [ ] Settlement  [ ] Minors  [ ] W/D/Survival |

CASE TYPE AND CODE
2S - PREMISES LIABILITY SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED PRO PROTHY MAR 29 2011 S. GARRETT | IS CASE SUBJECT TO COORDINATION ORDER?  YES   NO |
|---|---|---|

TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: LESTER W. BARGES
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JEFFREY S. NOWAK | 95 ALMSHOUSE RD. STE. 305 RICHBORO PA 18954 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)364-3700 | (215)364-3701 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 55124 | jefnwk@comcast.net |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JEFFREY NOWAK | Tuesday, March 29, 2011, 05:28 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

Lester W. Barger,

Plaintiff,

v.

Columbia Sussex Corp., and
Columbia Sussex Management, LLC

*March, 2011*
*#3242*

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 | Asociacion De Licenciados<br>De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 |

10-284

Case ID: 110303242

| | |
|---|---|
| Law Offices of Jeffrey S. Nowak<br>By: Jeffrey S. Nowak, Esq.<br>Pa. ID No. 55124<br>95 Almshouse Road, Ste. 305<br>Richboro, Pa. 18954<br>(215) 364-3700<br>Fax: (215) 364-3701<br>Email: Jefnwk@comcast.net | **MAJOR JURY TRIAL**<br>**DAMAGES IN EXCESS OF**<br>**$50,000.00**<br><br>*Attorneys for Plaintiff,*<br>*Lester W. Barger* |

| | |
|---|---|
| LESTER W. BARGER<br>450 E. Pershing Road<br>Suite 206<br>Decatur, Il. 62526,<br><br>Plaintiff,<br><br>V.<br><br>**COLUMBIA SUSSEX CORP.**<br>c/o CT Corporation System<br>1635 Market St.<br>Phila., Pa. 19103, and,<br><br>**COLUMBIA SUSSEX MANAGEMENT, LLC**<br>c/o CT Corporation System<br>1635 Market St.<br>Phila., Pa. 19103, and, | COMMON PLEAS COURT OF<br>PHILADELPHIA COUNTY,<br>COMMONWEALTH OF<br>PENNSYLVANIA<br><br>Term: *March, 2011*<br><br>No. *#3242* |

**AND NOW COMES** the Plaintiff, Lester W. Barger, by and through his attorney, Jeffrey S. Nowak, Esq., and sets forth the following as to the above-captioned Defendants by way of First Amended Complaint:

1.  Plaintiff, Lester W. Barger, is an adult individual who at all relevant times herein resided at 450 E. Pershing Road, Suite 206, Decatur, Illinois 62526.

2. Defendant, **Columbia Sussex Corporation**, upon information and belief, is an entity formed and existing under the laws of the State of Kentucky, and is licensed to transact business in the Commonwealth of Pennsylvania and is/was doing business in the Commonwealth of Pennsylvania in or about April, 2009, at the Sheraton Center City Hotel, 201 N. 17th Street, Philadelphia, Pennsylvania.

3. Defendant, **Columbia Sussex Management, LLC**, upon information and belief, is an entity formed and existing under the laws of the State of Kentucky, and is licensed to transact business in the Commonwealth of Pennsylvania and is/was doing business in the Commonwealth of Pennsylvania in or about April, 2009, at the Sheraton Center City Hotel, 201 N. 17th Street, Philadelphia, Pennsylvania.

4. On or about April 4, 2009, Plaintiff, Lester Barger, was a passenger on the escalator of the Sheraton Hotel, downtown Philadelphia, Pennsylvania located at 17th and Race Streets, otherwise known as the Sheraton Philadelphia City Center Hotel <u>and owned and/or in the exclusive control and/or possession of the named Defendants</u>, when he was caused to slip, trip and/or fall due to a defective condition on the steps/floors of the escalator resulting in severe and permanent multiple injuries to his neck, mid and low back, and knees and other injuries orthopedic in nature.

5. Plaintiff avers further that as a direct and proximate result of the conduct of the defendants he has sustained severe upper and lower extremity nerve damage; loss

of sleep; loss of appetite; loss of the enjoyment of life; migraine headaches; severe pain and anxiety.

6  Plaintiff avers further that as a direct and proximate result of the conduct of the Defendants he has incurred and will incur into the future medical bills for treatment of his multiple injuries; prescription medication costs; loss of earning potential; lost present and future wages.

## COUNT I
### (Negligence)

7.  Plaintiff incorporates by reference all of his allegations set forth in paragraph nos. one (1) through six (6) as if set forth fully herein.

8.  Plaintiff avers that the Defendants owed him the following duties:

(a)  The duty to properly maintain their customer transportation system;

(b)  The duty to keep their customer transportation system free of debris and other trash that would otherwise create a hazardous condition and cause harm to the public;

(c)  The duty to periodically clean their customer transportation system and keep it free of foreign objects which would otherwise cause a defective and/or hazardous condition to the public;

(d)  The duty to warn the public of the existence of various hazardous conditions existing in the defendant's facility;

3

Case ID: 110303242

(e) The duty to provide adequate measures to clean or otherwise prevent customers and/or the general public from slipping and/or falling on the "people mover", i.e., escalator;

(f) The duty to post adequate warning signs to alert the public of any hazardous condition to the "people mover", i.e., escalator;

(g) <u>The duty to properly clean and maintain the property described herein and otherwise keep said property free and clear of hazardous conditions;</u>

(h) Any other and further duty(ies) that may be revealed during the discovery period.

9. Plaintiff avers that the Defendants breach some or all of the foregoing duties and as a proximate result thereof the Plaintiff sustained severe, multiple and permanent injuries and economic losses as set forth herein.

**WHEREFORE**, Plaintiff demands judgment in his favor for pain and suffering; economic losses; reasonable counsel fees; interest and costs and in excess of $50,000.00, and any other and further relief that this Honorable Court deems appropriate.

<u>**COUNT II**</u>
(Res Ispa Loquitor)

10. Plaintiff incorporates by reference all of his allegations set forth in paragraph nos. one (1) through nine (9) as if set forth fully herein.

11. Plaintiff avers that the conduct of the Defendants set forth herein could not have occurred in the absence of negligence.

12. Plaintiff avers further that as a direct and proximate result of the Defendants' action and/or inaction he was caused to sustain permanent personal injury damages and economic damages and will continue to do so into the future.

**WHEREFORE**, Plaintiff demands judgment in his favor for pain and suffering; economic losses; reasonable counsel fees; interest and costs and in excess of $50,000.00, and any other and further relief that this Honorable Court deems appropriate.

Law Offices of Jeffrey S. Nowak

By: _____
Jeffrey S. Nowak, Esq.
Pa. ID No. 55124
95 Almshouse Road, Ste. 305
Richboro, Pa. 18954
(215) 364-3700
Fax: (215) 364-3701
Email: jefnwk@comcast.net
*Attorneys for Plaintiff, Lester W. Barger*

Dated: March 28, 2011

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands trial by jury on all issues so triable.

                Law Offices of Jeffrey S. Nowak

                By: _____
                   Jeffrey S. Nowak, Esq.
                   Pa. ID No. 55124
               95 Almshouse Road, Ste. 305
                  Richboro, Pa. 18954
                     (215) 364-3700
                  Fax: (215) 364-3701
               Email: jefnwk@comcast.net
          *Attorneys for Plaintiff, Lester W. Barger*

Dated: March 28, 2011

Case ID: 110303242

## VERIFICATION

THE UNDERSIGNED does hereby verify that the statements set forth in the foregoing First Amended Complaint are true and correct to the best of my knowledge, information and belief. The undersigned further understands that this statement is made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

*Lester W. Barger, Plaintiff, Counsel for*
*The Plaintiff, Unavailable*

Dated: March 28, 2011

RECEIVED
2011 APR -7  AM 10:27

# EXHIBIT B

## SPECTOR GADON & ROSEN, P.C.

ATTORNEYS AT LAW
SEVEN PENN CENTER
1635 MARKET STREET
SEVENTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
[215] 241-8888
FAX: [215] 241-8844
WWW.LAWSGR.COM

NEW JERSEY OFFICE:
1000 LENOLA ROAD
P.O. BOX 1001
MOORESTOWN, NJ 08057
[856] 778-8100
FAX: [856] 722-5344

NEW YORK OFFICE:
ONE PENN PLAZA
36TH FLOOR
NEW YORK, NY 10119
[212] 786-7394

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FL 33701
[727] 896-4600
FAX: [727] 896-4604

*John T. Asher, III*

DIRECT DIAL NUMBER
[215] 241-8847

May 10, 2011

E-MAIL
jasher@lawsgr.com

## VIA FACSIMILE (215) 364-3701

Jeffrey S. Nowak, Esquire
Law Offices of Jeffrey S. Nowak
95 Almshouse Road
Suite 305
Richboro, PA 18954

RE: **Lester W. Barger v. Columbia Sussex Corporation, et al.**
**CCP Philadelphia Cty., March Term, 2011, No. 03242**
**Our File No. 45760-110**

Dear Mr. Nowak:

I am writing to confirm that based on our conversation of the other day, that you believe the value of the case in light of the plaintiff's medical specials is in excess of $100,000.00. In light of your representation, we intend to move forward with removing the case to the United States District Court for the Eastern District of Pennsylvania.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

JOHN T. ASHER, III

JTA/lah

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESTER BARGER<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA SUSSEX CORPORATION,<br>and COLUMBIA SUSSEX<br>MANAGEMENT, LLC,<br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NO.<br>: |

## DISCLOSURE STATEMENT FORM

The nongovernmental corporate party, Columbia Sussex Corporation, in the above listed civil action does not have any parent corporations and/or publicly held corporations that own 10% or more of its stock.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　George M. Vinci, Jr.
　　　　　　　　　　　　　　John T. Asher, III
　　　　　　　　　　　　　　**SPECTOR GADON & ROSEN, P.C.**
　　　　　　　　　　　　　　Seven Penn Center
　　　　　　　　　　　　　　1635 Market Street, 7th Floor
　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　(215) 241-8888

　　　　　　　　　　　　　　Attorneys for the defendants Columbia Sussex Corporation
　　　　　　　　　　　　　　and Columbia Sussex Management, LLC